ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/18/2025 8:50 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00021-CV

In the Fifteenth Court of Appeals
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

3/18/2025 8:50:42 AM

CHRISTOPHER A. PRINE
Clerk

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,
v.
The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

Permissive appeal from the 71st Judicial District Court, Harrison County, Texas

## UNOPPOSED MOTION OF NON-RESIDENT ATTORNEY STEFAN P. SCHROPP FOR ADMISSION *PRO HAC VICE*

Edward D. Burbach (No. 03355250)
Stacy R. Obenhaus (No. 15161570)
600 Congress, Suite 2900
Austin, Texas 78701
eburbach@foley.com
sobenhaus@foley.com
Tel: 512.542.7070

George Valton ("Val") Jones
(No. 10888050)
109 West Austin St.
Marshall, Texas 75670-3340
val@valjoneslaw.com
Tel: 903.927.2220

Samantha Barrett Badlam
(Pro hac pending)
Stefan P. Schropp
(Pro hac pending)
2099 Pennsylvania Ave., N.W.
Washington, D.C. 20006-6807
samantha.badlam@ropesgray.com
stefan.schropp@ropesgray.com
Tel: 202.508.4734

*Counsel for Pfizer Inc.*

TO THE HONORABLE JUDGE OF THE COURT:

I, Stefan P. Schropp, move this Court for permission to appear before the Court *Pro Hac* Vice, under the authority of the Rules Governing Admission to the Bar of Texas, Rule XIX, as attorney for Petitioner/Defendant Pfizer Inc. ("Pfizer"), and would show the Court the following:

## BACKGROUND

1.      My contact information is as follows:

Stefan P. Schropp
ROPES & GRAY LLP
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807
Stefan.schropp@ropesgray.com
(202) 508-4734

2.      I am associated with Edward D. Burbach, who will personally participate in the appeal of this case on behalf of Pfizer. Mr. Burbach is a partner and practicing attorney at Foley & Lardner LLP and a member of the State Bar of Texas. His State Bar number and contact information is as follows:

Edward D. ("Ed") Burbach
Texas State Bar No. 03355250
FOLEY & LARDNER LLP
600 Congress Avenue, Suite 2900
Austin, Texas 78701
eburbach@foley.com
PH: (512) 542-7070

3.      Mr. Burbach's Motion in Support of this Motion for Admission *Pro*

*Hac Vice* is being filed separately.

1.     I am an active member in good standing with the District of Columbia Bar, at Bar No. 1026864 (admitted November 3, 2017) with the Maryland Bar at Bar No. 1702130002 (admitted in February 2017), the U.S. Supreme Court, the U.S. Court of Appeals for the 4th Circuit, the U.S. Court of Appeals for the 9th Circuit, the U.S. Court of Appeals for the 11th Circuit, the U.S. District Court for the District of Maryland, and the U.S. District Court for the Middle District of Georgia. A certificate of good standing from the District of Columbia is attached hereto as **Exhibit A**.

2.     I have not been the subject of any disciplinary action in the last five years by the Bar or courts of any jurisdiction in which I have been licensed.

3.     I have not been denied admission to the courts of any State or to any federal court during the preceding five years.

4.     I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the Bar and will at all times abide and comply with the same.

5.     I have previously appeared in the following cases or causes in Texas courts within the past two years:

*The State of Texas, ex rel. Tarik Ahmed, Plaintiffs v. Pfizer Inc., Tris Pharma, Inc., and Ketan Mehta*, Cause No. 23-1031, In the District Court, Harrison County, Texas 71st Judicial District.

6. I have paid the nonresident attorney fee required by Section 82.0361(b) of the Texas Government Code. A copy of the March 5, 2025 Acknowledgment Letter from the Board of Law Examiners acknowledging receipt of my Application for *Pro Hac Vice* Admission and payment of the required fee is attached hereto as **Exhibit B**.

**PRAYER**

For the reasons stated above, I respectfully ask the Court to grant my Unopposed Motion for *Pro Hac Vice* Admission and allow me to appear in all proceedings before this Court until the conclusion of this case.

Respectfully submitted,

**ROPES & GRAY LLP**
By:/s/ *Stefan P. Schropp*
Stefan P. Schropp
(application for *pro hac* admission pending)
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807
stefan.schropp@ropesgray.com
(202) 508-4734

*Counsel for Pfizer Inc.*

# DECLARATION

My name is Stefan P. Schropp, my date of birth is February 22, 1987, and my business address is 2099 Pennsylvania Avenue, N.W., Washington, District of Columbia 20006-6807. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Stefan P. Schropp
Stefan P. Schropp

## CERTIFICATE OF CONFERENCE

Under Texas Rule of Appellate Procedure 10.1(5), I certify that on March 14, 2025, I conferred with Appellants' counsel about the relief requested in this motion. Appellants' counsel responded that Appellants are unopposed.

*/s/ Stefan P. Schropp*
Stefan P. Schropp

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2025, a true and correct copy of the foregoing Unopposed Motion of Non-Resident Attorney Stefan P. Schropp for Admission to Appear *Pro Hac Vice* was served on the following counsel of record by electronic service pursuant to Texas Rule of Appellate Procedure 9.5 or as otherwise indicated below:

| | |
|---|---|
| **COUNSEL FOR THE STATE OF TEXAS**<br>Jonathan Bonilla<br>Jordan Underhill<br>Vivian Egbu<br>Brittany Peters<br>Office of the Attorney General, Civil Medicaid Fraud Division<br>P.O. Box 12548, Capitol Station<br>Austin, TX 78711-2548<br>jonathan.bonilla@oag.texas.gov<br>jordan.underhill@oag.texas.gov<br>vivian.egbu@oag.texas.gov<br>brittany.Peters@oag.texas.gov<br>(512) 475-4169 | **BROWN, LLC**<br>Jason T. Brown<br>jtb@jtblawgroup.com<br>Patrick S. Almonrode<br>patalmonrode@jtblawgroup.com<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br>(877) 561-0000<br><br>**POTTER MINTON, P.C.**<br>Michael E. Jones<br>mikejhones@potterminton.com<br>E. Glenn Thames, Jr.<br>glennthames@potterminton.com<br>102 North College, Suite 900<br>Tyler, TX 75702<br>(903) 597-8311 |

*/s/ Stefan P. Schropp*
Stefan P. Schropp

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Stefan Parker Schropp

was duly qualified and admitted on November 3, 2017 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 07, 2025.**

*JULIO A. CASTILLO*
**Clerk of the Court**

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# EXHIBIT B

# Board of Law Examiners

Appointed by the Supreme Court of Texas

March 05, 2025

Stefan Schropp
Via: E-Mail

Acknowledgment Letter

Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney: Stefan Schropp**

**Case: 15-25-00021-CV**

**Texas court or body: Fifteenth Court of Appeals**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Lang on behalf of Edward Burbach
Bar No. 3355250
paul.lang@ropesgray.com
Envelope ID: 98564310
Filing Code Description: Motion
Filing Description: Unopposed Motion of Non-Resident Attorney Stefan P. Schropp for Admission Pro Hac Vice
Status as of 3/18/2025 9:01 AM CST

Associated Case Party: Pfizer Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stacy Obenhaus | | sobenhaus@foley.com | 3/18/2025 8:50:42 AM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 3/18/2025 8:50:42 AM | SENT |
| Stefan Schropp | | stefan.schropp@ropesgray.com | 3/18/2025 8:50:42 AM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 3/18/2025 8:50:42 AM | SENT |
| Edward Burbach | | eburbach@foley.com | 3/18/2025 8:50:42 AM | SENT |
| George Valton | | val@valjoneslaw.com | 3/18/2025 8:50:42 AM | SENT |

Associated Case Party: Tris Pharma Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 3/18/2025 8:50:42 AM | SENT |
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 3/18/2025 8:50:42 AM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 3/18/2025 8:50:42 AM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 3/18/2025 8:50:42 AM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 3/18/2025 8:50:42 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@oag.texas.gov | 3/18/2025 8:50:42 AM | SENT |
| Jordan Underhill | 24102586 | jordan.underhill@oag.texas.gov | 3/18/2025 8:50:42 AM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 3/18/2025 8:50:42 AM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 3/18/2025 8:50:42 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Lang on behalf of Edward Burbach
Bar No. 3355250
paul.lang@ropesgray.com
Envelope ID: 98564310
Filing Code Description: Motion
Filing Description: Unopposed Motion of Non-Resident Attorney Stefan P. Schropp for Admission Pro Hac Vice
Status as of 3/18/2025 9:01 AM CST

Associated Case Party: Tarik Ahmed

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Earl Thames | 785097 | Glennthames@potterminton.com | 3/18/2025 8:50:42 AM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 3/18/2025 8:50:42 AM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 3/18/2025 8:50:42 AM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 3/18/2025 8:50:42 AM | SENT |